JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMED HUSSAIN MUHAMMED,<br><br>                     Petitioner,<br><br>          v.<br><br>WARDEN LANGFORD,<br><br>                     Respondent. | Case No. 2:22-cv-06629-SPG-MAA<br><br>**JUDGMENT** |

 Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

 IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:  December 26, 2023

_____
HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE